**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Thomas D. McDevitt            CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 19-16676 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of COMMUNITY LOAN SERVICING, LLC and index same on the master mailing list.

                                               Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
07 Jun 2021, 15:17:18, EDT

                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322