# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:** <br><br> **Thomas D. McDevitt,** <br>    Debtor. <br><br> **Nationstar Mortgage LLC,** <br>    Movant, <br><br> **v.** <br><br> **Thomas D. McDevitt,** <br> **Debtor/Respondent,** <br><br> **Kenneth E. West, Esq., Esquire,** <br>    **Trustee/Respondent.** | **Bankruptcy No. 19-16676-mdc** <br><br> **Chapter 13** <br><br> **Related Doc.: 56** <br><br> **Hearing: September 7, 2022 at 10:30 AM** |

## ORDER APPROVING STIPULATION RESOLVING MOTION FOR RELIEF

AND NOW, this 5th day of October 2022, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Stay, it is hereby ORDERED that the Stipulation is approved.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge