United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-16676-amc

Thomas D McDevitt     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Feb 04, 2025 | Form ID: 138OBJ | Total Noticed: 54 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas D McDevitt, 2428 S Bouvier Street, Philadelphia, PA 19145-4317 |
| 14451854 | + | ACAR Leasing LTD d/b/a GM Financial Leasing, c/o WILLIAM EDWARD CRAIG, Morton & Craig, 110 Marter Avenue, Suite 301 Moorestown, NJ 08057-3125 |
| 14614048 | + | COMMUNITY LOAN SERVICING, LLC, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14410920 | + | David Apothaker, Esq., 520 Fellowship Road, Suite C-306, Mount Laurel, NJ 08054-3410 |
| 14410921 | + | David J. Apothaker, Esq., 520 Fellowship Rod, Suite C-306, Mount Laurel, NJ 08054-3410 |
| 14410924 | + | Gateway One Lending & Finance, 175 North Riverview Drive, Suite 100, Anaheim, CA 92808-1225 |
| 14417370 | + | Matrix Financial Services Corporation, c/o ROBERT J. DAVIDOW, Phelan, Hallinan, Diamond & Jones, PC, 1617 JFK Boulevard, Suite 1400 Philadelphia, PA 19103-1814 |
| 14416978 | | Matrix Financial Services Corporation, C/o Robert J. Davidow, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14913209 | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing, c/o ANGELA CATHERINE PATTISON, Hill Wallack, LLP, 1415 Route 70 East, Suite 309 Cherry Hill, NJ 08034-2210 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 05 2025 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 05 2025 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14451335 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 05 2025 00:17:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 14534854 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 05 2025 00:17:00 | ACAR Leasing LTD dba GM Financial Leasing, P.O Box 183853, Arlington, TX 76096-3853 |
| 14421609 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 05 2025 00:17:00 | ACAR Leasing Ltd. d/b/a GM Financial Leasing, PO BOX 183853, Arlington, TX 76096-3853 |
| 14410911 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 05 2025 00:17:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14443120 | | Email/PDF: bncnotices@becket-lee.com | Feb 05 2025 00:35:51 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14410912 | + | Email/PDF: bncnotices@becket-lee.com | Feb 05 2025 00:36:33 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14410914 | | Email/Text: bankruptcy@bbandt.com | Feb 05 2025 00:17:00 | Bb&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 14431354 | | Email/Text: bankruptcy@bbandt.com | Feb 05 2025 00:17:00 | Branch Banking and Trust, PO Box 1847, Wilson, |

Case 19-16676-amc    Doc 80    Filed 02/06/25    Entered 02/07/25 00:36:59    Desc Imaged
                                Certificate of Notice    Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Feb 04, 2025 | Form ID: 138OBJ | Total Noticed: 54 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | NC 27894-1847, Mailcode 100-50-01-51 |
| 14410913 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 05 2025 00:16:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14439959 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Feb 05 2025 00:17:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14495363 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Feb 05 2025 00:16:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 14484171 | | Email/Text: megan.harper@phila.gov | Feb 05 2025 00:17:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14613955 | ^ | MEBN | Feb 05 2025 00:08:53 | COMMUNITY LOAN SERVICING, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14410916 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 05 2025 00:35:42 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14416068 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 05 2025 00:36:07 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14410918 | + | Email/Text: bankruptcy@cavps.com | Feb 05 2025 00:17:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14410917 | + | Email/Text: bankruptcy@cavps.com | Feb 05 2025 00:17:00 | Cavalry Portfolio Services, as Assignee of Citibank, N.A., 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 14412077 | + | Email/Text: bankruptcy@cavps.com | Feb 05 2025 00:17:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14446039 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 05 2025 00:35:50 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14552877 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 05 2025 00:16:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1839 |
| 14410922 | | Email/Text: mrdiscen@discover.com | Feb 05 2025 00:16:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14410923 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 05 2025 00:17:00 | Dovenmuehle Mortgage, Inc., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 14443517 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Feb 05 2025 00:17:00 | Matrix Financial Services Corporation, 1 Corporate Drive, Suite 360, Lake Zurich, IL, 60047-8945 |
| 14431696 | | Email/Text: mrdiscen@discover.com | Feb 05 2025 00:16:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14410919 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 05 2025 00:36:09 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14428925 | + | Email/Text: RASEBN@raslg.com | Feb 05 2025 00:16:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14410925 | + | Email/Text: PBNCNotifications@peritusservices.com | Feb 05 2025 00:16:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14715514 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 05 2025 00:16:00 | Nationstar Mortgage LLC, ATTN: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9741 |
| 14866408 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 05 2025 00:16:00 | Nationstar Mortgage LLC, c/o Rushmore Servicing, PO Box 619094, Dallas, TX 75261-9094 |
| 14776524 | | Email/Text: amps@manleydeas.com | | |

Case 19-16676-amc    Doc 80    Filed 02/06/25    Entered 02/07/25 00:36:59    Desc Imaged
Certificate of Notice    Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Feb 04, 2025 | Form ID: 138OBJ | Total Noticed: 54 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Feb 05 2025 00:16:00 | Nationstar Mortgage LLC, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14776671 | | Email/Text: amps@manleydeas.com | Feb 05 2025 00:16:00 | Nationstar Mortgage LLC, c/o ADAM BRADLEY HALL, Manley Deas Kochalski, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14703380 | + | Email/Text: RASEBN@raslg.com | Feb 05 2025 00:16:00 | Nationstar Mortgage LLC, c/o CHARLES WOHLRAB, 130 Clinton Road #202, Fairfield, NJ 07004-2927 |
| 14410926 | + | Email/PDF: bankruptcy_prod@navient.com | Feb 05 2025 00:35:58 | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14904389 | + | Email/Text: mtgbk@shellpointmtg.com | Feb 05 2025 00:16:00 | NewRez LLC, d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14437333 | ^ | MEBN | Feb 05 2025 00:08:54 | PHILA GAS WORKS, 800 W MONTGOMERY AVE, PHILADELPHIA, PA 19122-2898, ATTN: BANKRUPTCY DEPT,3FL |
| 14410927 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 05 2025 00:16:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14441508 | | Email/Text: Bankruptcy.Notices@pnc.com | Feb 05 2025 00:16:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 14470488 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Feb 05 2025 00:17:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14441056 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Feb 05 2025 00:16:00 | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 14410928 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 05 2025 00:16:00 | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |
| 14410929 | + | Email/Text: vci.bkcy@vwcredit.com | Feb 05 2025 00:17:00 | Volkswagen Credit, Inc, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |
| 14410930 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 05 2025 00:35:40 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 14443669 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 05 2025 00:36:09 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 45

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14410915 | | Best Buy/cbna |
| 14419293 | | Best Buy/cbna |
| 14419289 | *+ | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14443946 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14419290 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14419292 | *P++ | BB AND T, PO BOX 1847, WILSON NC 27894-1847, address filed with court:, Bb&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 14419291 | *+ | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14419294 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14419296 | *+ | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14419295 | *+ | Cavalry Portfolio Services, as Assignee of Citibank, N.A., 500 Summit Lake Drive, Valhalla, NY 10595-2321 |
| 14419300 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 14419301 | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, Dovenmuehle Mortgage, Inc., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |

Case 19-16676-amc   Doc 80   Filed 02/06/25   Entered 02/07/25 00:36:59   Desc Imaged
Certificate of Notice   Page 4 of 6

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Feb 04, 2025 | Form ID: 138OBJ | Total Noticed: 54 |

| | | |
|---|---|---|
| 14419298 | *+ | David Apothaker, Esq., 520 Fellowship Road, Suite C-306, Mount Laurel, NJ 08054-3410 |
| 14419299 | *+ | David J. Apothaker, Esq., 520 Fellowship Rod, Suite C-306, Mount Laurel, NJ 08054-3410 |
| 14419302 | *+ | Gateway One Lending & Finance, 175 North Riverview Drive, Suite 100, Anaheim, CA 92808-1225 |
| 14419297 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14419303 | *+ | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14419304 | *+ | Navient, Attn: Bankruptcy, Po Box 9640, Wilkes-Barre, PA 18773-9640 |
| 14419305 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14419306 | *+ | Verizon Wireless, Attn: Verizon Bankruptcy, 500 Technology Dr, Ste 500, Weldon Springs, MO 63304-2225 |
| 14419307 | *+ | Volkswagen Credit, Inc, 1401 Franklin Blvd, Libertyville, IL 60048-4460 |
| 14419308 | *+ | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |

TOTAL: 2 Undeliverable, 20 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2025         Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| ANGELA CATHERINE PATTISON | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing apattison@hillwallack.com apattison@ecf.courtdrive.com |
| BRAD J. SADEK | on behalf of Debtor Thomas D McDevitt brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor COMMUNITY LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Bayview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com |
| ROBERT J. DAVIDOW | on behalf of Creditor Matrix Financial Services Corporation robert.davidow@phelanhallinan.com |
| Stephen Franks | on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

District/off: 0313-2                       User: admin                                 Page 5 of 5
Date Rcvd: Feb 04, 2025                    Form ID: 138OBJ                        Total Noticed: 54

TOTAL: 11

*Form 138OBJ* (6/24)−doc 79 − 77

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Thomas D McDevitt )   Case No. 19−16676−amc
)
)
Debtor(s). )   Chapter: 13
)
)

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: February 4, 2025                            For The Court

                                                                                         Timothy B. McGrath
                                                                                         Clerk of Court