United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 19-16676-djb
Thomas D McDevitt | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: May 22, 2025  Form ID: 195  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2025:**

**Recip ID    Recipient Name and Address**
db       +  Thomas D McDevitt, 2428 S Bouvier Street, Philadelphia, PA 19145-4317

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 24, 2025             Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2025 at the address(es) listed below:

**Name              Email Address**

ADAM BRADLEY HALL
                   on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com

BRAD J. SADEK
                   on behalf of Debtor Thomas D McDevitt brad@sadeklaw.com
                   bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com

DENISE ELIZABETH CARLON
                   on behalf of Creditor COMMUNITY LOAN SERVICING  LLC bkgroup@kmllawgroup.com

KAITLIN D. SHIRE
                   on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing kshire@hillwallack.com  lharkins@ecf.courtdrive.com

KENNETH E. WEST
                   ecfemails@ph13trustee.com  philaecf@gmail.com

MARIO J. HANYON
                   on behalf of Creditor Bayview Loan Servicing  LLC wbecf@brockandscott.com, mario.hanyon@brockandscott.com

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: May 22, 2025 | Form ID: 195 | Total Noticed: 1

MICHELLE L. MCGOWAN
       on behalf of Creditor Nationstar Mortgage LLC mimcgowan@raslg.com

ROBERT J. DAVIDOW
       on behalf of Creditor Matrix Financial Services Corporation robert.davidow@phelanhallinan.com

Stephen Franks
       on behalf of Creditor Nationstar Mortgage LLC amps@manleydeas.com

United States Trustee
       USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
       on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 11

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:  : Chapter 13

Thomas D McDevitt  : Case No. 19−16676−djb
    Debtor(s)

### *ORDER*
_____

AND NOW, this day , May 21, 2025 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Derek J Baker
Judge, United States Bankruptcy Court

Form 195